UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

NELSON VALLE, ET AL        )
    Plaintiffs              )
                           )   CASE NO.:  3:14-CV-01796-WWE
v.                         )
                           )
BENDETT & MCHUGH, PC, ET AL )
    Defendants              )   December 23, 2014

## MOTION TO DISMISS

Defendants Bendett & McHugh, PC; Jane Hamilton Torcia; JoAnn Floyd; Adam L. Avallone; William R. Milne; Gerald A. Gordon; Barbara M. Riordon; and Stacey R. Chapman; (the "Bendett Defendants") hereby respectfully move this court, pursuant to Fed.R.Civ.P. 12(b)(1) and (6), to dismiss counts 2 and 3, both of which sound in violation of the Fair Debt Collection Practices Act (the "FDCPA").  Neither count alleges facts sufficient to support a claim against the Bendett Defendants, and each of them.  Thus, both counts should be dismissed for failure to state a claim upon which relief may be granted.  The dismissal should be with prejudice because the defects cannot be cured by repleading.  The Bendett Defendants have supplied this court with a memorandum of law in support of this motion.

                BENDETT DEFENDANTS

                By: //s//Jeffrey M. Knickerbocker
                    Jeffrey M. Knickerbocker
                    Fed. Bar No.: ct23771
                    Their Attorney
                    Bendett & McHugh, P.C.
                    160 Farmington Avenue
                    Farmington, CT 06032
                    Phone: 860-255-5008
                    Fax: 860-677-4549
                    Email:jknickerbocker@bmpc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronics Filing. Parties may access this filing through the Court's CM/ECF System.

Nelson Valle
66 Montowese Street
Hartford, CT 06114

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114

                                                                     //s//Jeffrey M. Knickerbocker
                                                                     Jeffrey M. Knickerbocker

Attorney for the Bendett Defendants