DOCKET NO. HHD-CV-14-6052583-S                    SUPERIOR COURT

BANK OF NEW YORK MELLON, *fka*
THE BANK OF NEW YORK AS TRUSTEE
FOR CERTIFICATEHOLDERS OF THE           JUDICIAL DISTRICT OF
CWABS, INC., ASSET-BACKED               HARTFORD
CERTIFICATES SERIES 2005-4              AT HARTFORD

    Plaintiff,

    v.

BRUNILDA VALLE CASTRO, *et al.*              AUGUST 11th 2014

    Defendant.

## NOTICE OF DISPUTE

Defendant, ("Consumer"), pursuant to *15 USC. § 1692g* or the parallel provisions at *Conn. Gen. Stat. § 36a-647.* makes <u>a request for validation</u> and give notice that:

1. The debt, or a portion thereof, is disputed.

2. The Consumer requests verification of the debt.

3. The Consumer requests the name and address of the original creditor.

4. The Consumer requests validation of the debt, to wit, the chain of title to the debt and a history of charges and payments thereon.

As a matter of clarity, the Consumer respectfully also requests the legal name and title of the person who has furnished the contents responsive to the validation request made herein.

Respectfully submitted,

*/s/ Brunilda Valle Castro*

DEFENDANT'S NOTICE OF DISPUTE
- 1

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+860.888.0993 phone

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was provided by US Certified Mail 7009 1410 0001 8783 8212 to Jane Hamilton Torcia of BENDETT & MCHUGH, P.C., at 160 Farmington Ave, Farmington, CT 06032 this 11th day of August 2014.

*/s/ Brunilda ValleCastro/*

**STATE OF CONNECTICUT**
**COUNTY OF HARTFORD**

   BEFORE ME personally appeared Brunilda ValleCastro who, being fully sworn and identified in accordance with Connecticut Law, did execute the forgoing in my presence this 11th day of August 2014.

                                             NOTARY PUBLIC

*/s/ Brunilda Valle Castro/*
Brunilda ValleCastro

*/s/ Lori J Magura/*

My Commission Expires: 9-30-15

DEFENDANT'S NOTICE OF DISPUTE
- 2

                                                                 Brunilda ValleCastro
                                                                 66 Montowese St.
                                                                 Hartford, CT 06114
                                                                 +860.888.0993 phone