UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

|  |  |  |
|---|---|---|
| NELSON VALLE, | ) | |
| BRUNILDA VALLECASTRO | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:14-CV-01796-WWE |
| | ) | |
| BENDETT & MCHUGH, P.C., GREEN TREE | ) | |
| SERVICING, LLC, JANE HAMILTON TORCIA, | ) | |
| *a natural person*, JOANN FLOYD, *a natural* | ) | |
| *person*, ADAM L. AVOLLONE, *a natural person*, | ) | |
| WILLIAM R. MILNE, *a natural person*, GERALD | ) | |
| A. GORDON, *a natural person*, BARBARA M. | ) | |
| RIORDAN, *a natural person*, STACY R. | ) | |
| CHAPMAN, *a natural person*, LAUREN | ) | |
| JOWERS, *a natural person*, MICHELLE RED | ) | |
| BEAR, *a natural person*, ALLISON IRELAND, | ) | |
| , *a natural person*. | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## ASSENTED-TO MOTION TO EXTEND TIME

Defendants Green Tree Servicing LLC, Lauren Jowers, and  Allison Ireland  move that the Defendants be granted an additional one-week extension of time, up to and including February 5, 2015, to file their response to Plaintiffs' Complaint.  As grounds therefore, the Defendants' counsel had a trial scheduled for January 12, 2015 in federal court that went longer than anticipated (until January 22, 2015).  Additionally, counsel's office was closed recently due to inclement weather.  As a result, Defendants request an additional week to respond to the Complaint.  Plaintiffs have assented to this request.  No party will be prejudiced by this modest extension of time.

ME1 19744665v.1

**WHEREFORE**, the Defendants request that this Court extend the time for them to

answer or other respond to the Complaint from January 29, 2015 to February 5, 2015.

Dated:  January 28, 2015

Defendants,
GREEN TREE SERVICING LLC, LAUREN
JOWERS, ALLISON IRELAND

By their attorneys,

/s/ Shawn Smith
Shawn Smith
Federal Bar No. CT28340
MCCARTER & ENGLISH, LLP
185 Asylum Street
CityPlace I, 36th Flr.
Hartford, CT 06103-3495
Tel: (860) 275-6794
Fax: (860) 724-3397
Email: shsmith@mccarter.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2015, a copy of the foregoing was filed

electronically.  Notice of this filing will be sent by email to all parties of record by operation of

the Court's electronic filing system and sent by first class mail to all non-registered parties.

Parties may access this filing through the Court's CM/ECF system.

/s/ Shawn Smith
Shawn Smith

2

ME1 19744665v.1