UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2015 DEC -1 P 12: 25
US DISTRICT COURT
HARTFORD CT

NELSON VALLE, *et al.*

Plaintiff(s),

v.

BENDETT & MCHUGH, P.C., *et al.*

Defendant(s).

CASE NO:  3:14-CV-01796-SRU

NOTICE - MISCELLANEOUS

DECEMBER 1st 2015

ValleCastro notifies the Court that efforts were made November 25th, 2015 to file the Third Amended Complaint. However, the Plaintiffs sought initially to verify said complaint but because of the holiday scheduling, were unsuccessful in achieving it and consequently were impeded in their ability to get to the Court prior to its closing. Plaintiffs had to wait the next available day that they were able to file said complaint.[1]  The Plaintiff's affirm that said order was not purposely contravened.

Respectfully submitted,

_____

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was provided electronically via email to Jeffrey Knickerbocker and Shawn Smith on this 1st  day of December 2015 at there email of record.

_____
Brunilda ValleCastro

**STATE OF CONNECTICUT**
**COUNTY OF HARTFORD**

BEFORE ME personally appeared Brunilda ValleCastro who, being fully sworn and identified in accordance with Connecticut Law, did execute the forgoing in my presence this 30th day of November 2015.

Signature
Name of Notary: _____          NOTARY PUBLIC

Name
Signature of Notary: _Heather Auger_

My Commission Expires: _4/30/2020_

---

[1] Note the Plaintiffs were in Court on Monday to docket this Complaint only to realize that a key exhibit was misplaced requiring a delay in filing.

NOTICE
- 1

Nelson and Bruni Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com