**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

**NELSON VALLE,**
**BRUNILDA VALLECASTRO**

Plaintiff,

**v.**

**BENDETT AND MCHUGH, P.C.,**
**GREEN TREE SERVICING, LLC.,**

Defendant(s).

CASE NO: 3:17-cv-01796-SRV
2015 DEC -1 P 12: 26

*Fair Debt Collection Practices Act*
*Unfair Trade And Deceptive Practice s - CT*
*Telephone Consumer Protection Act*

U.S. DISTRICT COURT
HARTFORD CT

**TRIAL BY JURY REQUESTED**

**NOVEMBER 25th 2015**

## I. <u>NATURE OF ACTION</u>

**1.1**     This action seeks statutory redress and an injunctive ORDER for illegal **communications** and **conduct** that have caused an exorbitant amount of stress-- [emotional, mental, financial] and family discord. The **debt collectors** identified herein are *unrecognized*, by *contract* or *consent*—have provided conflicting data as to their creditor and have illegally absconded personal non-public data, so as to **overtly oust** the lawful claimants of property—both real and personal.

**1.2**     The deprivations of federally guaranteed consumer rights experienced by the Plaintiffs are directly attributable to the defendants reckless disregard to a Consumer's **undisputed right** to assert a *private* means to confirm in writing the identity of the creditor and what *they* are claiming is owed—ie., the dispute mechanism under the FDCPA. The beginning of the Consumer's confusion identified in this Complaint arises from the ambiguity of Bendett & McHughs, P.C.'s *initial* communication.

## II. <u>JURISDICTION AND VENUE</u>

**2.1**   Jurisdiction of this Court arises -

   **a.** By federal question(s) at *28 U.S.C. §1331;*

   **b.** Under *47 U.S.C. §227(b)(3);*

   **c.** At *15 U.S.C. 1692k(d);*

   **d.** Under supplemental jurisdiction at *28 U.S.C. §1367;*

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**2.2**  Venue is proper pursuant to *28 U.S.C. §1391b* and in that the Plaintiffs reside here in Connecticut.

**2.3**  This Court has jurisdiction.

### III. PARTIES

**3.2**  Plaintiff Nelson Valle, ("Valle" collectively "Plaintiffs", or "Consumers") is -

  **a.** A natural person residing in Connecticut.

  **b.** A person as within the meaning of the TCPA.[1]

  **c.** A called party within the meaning of the TCPA.[2]

**3.3**  Plaintiff Brunilda ValleCastro, ("ValleCastro" collectively "Plaintiffs", or "Consumers") is -

  **a.** A natural person residing in Connecticut;

  **b.** A consumer at within the meaning of the FDCPA.

**3.4**  Defendant BENDETT & MCHUGH, P.C., ("BMPC" or "defendants") is -

  **a.** A collection law firm with its address at 160 Farmington Ave, Farmington, CT 06032.

  **b.** The principal purpose of BMPC is the collection of alleged debts due to another and/or the enforcement of security interests.

  **c.** Regularly sends collection letters and files collection lawsuits.

  **d.** Filed such lawsuit against Plaintiffs seeking money and/or property.

  **e.** Openly promote their collections enterprise online.[3]

  **f.** Regularly furnishes a debt collector notice on their communications presupposing a necessity to disclose.

  **g.** Is involved in trade and commerce as said terms are contemplated under CUTPA.

**3.5**  Defendant, GREEN TREE SERVICING, LLC., ("GT" or "defendants")[4] is -

  **a.** A Delaware corporation headquartered at 345 St. Peter #600 St. Paul, Minnesota 55102.

  **b.** Registered as a consumer collection agency in Connecticut.[5]

---

[1] At all time material, Valle received GT's call at cell phone number 860-xxx-4993

[2] *Soppet v. Enhanced Recovery Company, LLC.*, 679 F.3d 637 (2012)

[3] See - *"The Practice Areas and Services offered by our firm..."* [http://www.bendett-mchugh.com/ ]

[4] No FDCPA claim is made against Green Tree in this Suit.

[5] See - http://www.ct.gov/dob/cwp/view.asp?a=2233&q=297872 (Last visited November 13th 2015)

**THIRD AMENDED COMPLAINT**
- 2

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

## IV. <u>FACTUAL ALLEGATION</u>

**4.1**    At all time material, Bendett & McHugh P.C' ("BMPC") and Green Tree ("GT") identifies a <u>debt</u> alleged to be related to a certain property on <u>66 Montowese Street in Hartford Connecticut</u> arising from a consumer transaction primarily for personal, family or household purposes with Countrywide—said alleged <u>debt</u> defaulted, according to Countrywide, in <u>September 12, 2007</u> was never reinstated and treated as such thereafter.

### A. <u>BMPC'S – INITIAL COMMUNICATION - 2011 AS IDENTIFIED BY VALLECASTRO</u>

**4.2**    On a communication dated <u>November 14, 2011,</u> BMPC sent a certified U.S Mail – **7010 1870 0003 5371 9417** to 66 Montowese Street in connection with an alleged <u>debt</u> asserting the purpose of the letter, "*is to provide you notice under Section 8-265ee of Connecticut General Statute...*". The letter represented that it was in favor of Bank of America, N.A. **Ex. A**

**4.3**    As an unrecognized entity, the communication caused a belief in the Consumer that it was the *initial* communication from said entity as no other communication from this entity was ever received prior to this date. It was considered as such accordingly.

**4.4**    The *initial* communication contained a notice,

> "UNLESS YOU, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT; OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY US. IF YOU NOTIFY US IN WRITING WITHIN THE THIRTY DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGEMENT AGAINST YOU (IF APPLICABLE) AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY US. ALSO, UPON YOUR WRITTEN REQUEST WITHIN THE THIRTY DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR. THE FACT THAT YOU HAVE THIRTY (30) DAYS TO INDICATE A DISPUTE WILL NOT PREVENT US FROM FILING SUIT WITHIN THAT TIME."

**4.5**    The *initial* communication further asserted,

> "THE LAW FIRM OF BENDETT & MCHUGH, P.C. IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE."

**4.6**    The *initial* communication caused confusion as to the purpose of the communication as it identified that it was a notice **<u>under state law</u>** yet contained elements of a **<u>federally mandated</u>** disclosure. Because the <u>creditor</u> was not clearly disclosed it gave rise to the belief in the Consumer that

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

Bank of America, N.A. was the purported <u>creditor</u> as they were the only entity listed [Is this notice a defect?] or alternatively that a notice disclosure consistent with federal law was to be sent *within* 5 days.

**4.7**     The *initial* communication created a belief in the Consumer that it was in connection with the collection of a debt by referencing, *"due to payment default"*... and related to a property 66 Montowese Street directing, *"a face-to-face meeting with a consumer counseling agency to attempt to resolve the delinquency or default...by restructuring payment schedule."*

**4.8**     The reference statement, *"any information we obtain [in collection of a debt] will be used for that purpose."* , caused concern because it left the Consumer to wonder through whom *"information"* would be *"obtain[ed]"*, eg. From the <u>consumer</u>, the <u>creditor</u>, a <u>credit reporting agency</u>, or another <u>undisclosed third party</u>? Presumably all of the above?

**4.9**     No communication was received at 66 Montowese Street from BMPC within 5 days of the *initial* communication **ie.** <u>November 19th 2011</u>.

**4.10**    With confusion [because of the uncertainty surrounding the *initial* communication] and concern [because of the acquisition and disclosure of private, non-public personal information], on or around <u>November 23rd 2011,</u> **within 30 days** of the identified *initial* communication, a verification/validation was sent to BMPC as the previous communication [*initial*] again left uncertainty as to who was the identity of the <u>creditor</u> through whom BMPC was collecting for.  **Ex. B**

**4.11**    On <u>December 8th 2011,</u> BMPC responds with documents purporting verification/validation on behalf of Bank of New York Mellon? This left matters uncertain as to whom **BMPC,** was allegedly seeking to collect for Bank of New York Mellon or Bank of America, N.A? If the creditor has changed within weeks of BMPC's *initial* communication in favor of Bank of America, N.A, would that require BMPC to furnish another notice under section g(a) of the FDCPA to document this change and communicate that change clearly in favor of Bank of New York Mellon with the Consumer accordingly by way of a new FDCPA section (g)(a) disclosure? **Ex. C** [first two pages]

**4.12**    Said communication was deemed unresponsive to this consumer's verification/validation inquiry <u>specifically</u> as to the issue of who was the current creditor. The communication did not explain the discrepancy in entities alleging to assert a valid debt claim from BMPC's first identified entity--BoA to the second identified entity--BNY or how can they [BNY] be independently verified by the Consumer or

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

otherwise engaged directly.

**4.13**    The consumer found this communication confusing for two more reasons -

> **Re: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-4 v. Valle Castro Property Adress: 66 Montowese Street, Hartford, CT 06114**
>
> **THIS COMMUNICATION IS FROM A DEBT COLLECTOR, THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED SHALL BE USED FOR THAT PURPOSE**

**a.** This communication left the Consumer uncertain as to whom the referent "Debt Collector" was referring to—clearly BMPC announced that they were a debt collector below, so did that mean that Bank of New York was also a debt collector?  And what happened the Bank of America, N.A?

> **"The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-4 is currently the party entitled to collect the debt under the Note and enforce the Mortgage."**

**b.** What does that mean? Does it mean that BNY is a debt collector? Or is BMPC suggesting that they are a creditor? This communication was found by this Consumer to be confusing furthermore, who does BMPC represent here?

**4.14**    Because of the ambiguity identified above, ValleCastro, requested clarification as to whom BMPC represents.  **Ex. D**

**4.15**    BMPC, in the subsequent communication, <u>declined</u> to affirm Bank of America, N.A. as their client [current creditor], **refused to furnish the mandatory notice in accordance with the FDCPA**[6]. And left uncertain who BMPC was **obtaining** verification from. Subsequently, BMPC **abandoned communications altogether.**[7]

**4.16**    On <u>February 7th 2013,</u> Valle began receiving phone calls on his cell phone from numbers that are known to be utilized by Green Tree albeit from an unlicensed location(s) in Tennessee[8].

---

[6]See FDCPA 1692g

[7]Only to deploy a "gotcha!" technique three years latter by initiating a lawsuit curiously after **Green Tree** learned that ValleCastro would be recovering from heart surgery.

[8]See - 615-851-3423 and/or 615-851-3428 and/or 615-851-3429 and/or 615-851-3430 and/or 615-756-3165 and/or  615-756-3168 and/or 615-756-3171 and/or 615-756-3175 and/or 615-756-3178 and/or 615-756-3187.

**THIRD AMENDED COMPLAINT**
- 5

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**4.17**    On or about <u>May 14th 2014</u>, Valle's principal ValleCastro, [after several years of recurring heart problems of which some required emergency room by way of dispatching for 911] needed to undergo heart surgery tasking Valle—with durable powers of attorney, to make all arrangements on her behalf-- "in her shoes", including attending to all matters of personal finance and otherwise protect all her legal interests, etc. as she was unable to effectively attend to them herself.[9]

**B. <u>VIOLATIVE MOBILE COMMUNICATIONS OUTSIDE OF CONSUMER CONSENT</u>**

**4.18**    All of GT's calls, as alleged herein, utilized automatic telephone dialing system ("**ATDS**") **capable** equipment.[10]

**4.19**    As a matter of policy, GT's natural course of phone communications are <u>not</u> TCPA compliant.

**4.20**    GT causes Valle's cell phone to ring – ("*on or around date*" *["at or about time"]* <u>**all in 2013**</u> ) incorporated to each of the following -

| | | | |
|---|---|---|---|
| **1.** 2/7/13 [1:50 PM] | **2.** 3/15/13 [3:02 PM] | **3.** 3/25/13 [4:56 PM] | **4.** 3/28/13 [4:01 PM] |
| **5.** 3/29/13 [7:35 PM] | **6.** 4/9/13 [5:22 PM] | **7.** 4/12/13 [ 1:43 PM] | **8.** 4/19/13 [9:47 AM] |

**4.21**    GT did not offer an automated opt out within <u>any</u> of their communication.

**4.22**    GT's communications delivered -

    **a.** no responsive human interaction within a few seconds upon picking up and/or

    **b.** provided a prerecorded announcement along the lines of, *"This call may be recorded…"*.

[Accordingly]

    **c.** Valle was not able to affirmatively establish the purpose of the call.  [or]

    **d.** a responsive means to discontinue violative calls.

**4.23**    GT is liable for any action(s) of its employees committed within the scope and line of their

---

[9] Preserved in the federal record – See *ValleCastro v. Tobin, Melien & Marohn, et al* **Dkt. 35** Affidavit of Brunilda ValleCastro In Support of a Continuance (May 14th 2014)

[10] Id. § 227(a)(1). The Federal Communications Commission ("FCC") slightly altered this definition in its regulations. The FCC determined that "equipment that dials a list of numbers (such as a business's list of customers), rather than dials random or sequential numbers, is still an ATDS, because 'the basic function of such dialing equipment' is the same—'the capacity to dial numbers without human intervention.'" *Gragg v. Orange Cab Co.*, No. C12-0576RSL, 2013 WL 1788479, at *2 (W.D. Wash. Apr. 26, 2013) (quoting Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, 73 Fed. Reg. 6041, 6042 (Feb. 1, 2008)).

**THIRD AMENDED COMPLAINT**
- 6

Nelson & Brunilda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

employment.

**4.24**   Plaintiffs contend that GT's phone records will reflect several other violative calls to Valle.

**4.25**   Valle has never given GT prior invitation or written permission to call him on his cell phone.[11]

**4.26**   Valle has never given GT expressed invitation or permission (written or otherwise) to call him on his cell phone.

**4.27**   GT's communications were not an emergency.

**4.28**   Valle, at all time relevant—phone calls and letters by way of U.S. mails, has had to examine, assist, respond, etc., to the communications furnished by **third party entities** to his principal-including the debt collectors' communications at issue.[12]

**4.29**   On July 15th 2014, after about three years of no communication-- previously refusing to provide the requisite FDCPA section (g)(a) notice, Valle receives a communication from BMPC alleging a debt and an interest in real property allegedly securing said debt by way of  "gotcha" see you in Court!  **Ex. E**

### V. SUMMARY OF CLAIMS UNDER THE FDCPA -  C, D, E, F, G *or* J [13]

**5.1**   Plaintiff reincorporates all preceding paragraphs.

**5.2**   **Actual Damages.** ValleCastro, has sustained actual damages as a direct and proximate result of BMPC including but not limited emotional distress-- increasing feeling of nervousness, anger, confusion, restlessness resulting in irritability which has causing ValleCastro to alienate her affections and dampened my close positive relations. ValleCastro has suffered embarrassment, humiliation that has sapped my vitality for having my name plastered in public records compelling me to expend an exorbitant amount of resources  --emotional  and financial in an attempt to set the record straight.

   a. **Claim 1.** -  **Failure to Furnish Mandatory Disclosure**. BMPC's July 15th 2014  communication, *regardless of content*, violates the FDCPA by advancing collections without furnishing a

---

[11]  Nor has Co-Plaintiff.
[12] Valle did not import said documents in this case as he was unclear about the ORDER disposing his claims and because of lack of legal training, was uncertain about the "law of the case" as though it were.
[13] Or any subdivision.

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

mandatory disclosure requirement or alternatively by furnishing an ambiguous disclosure that left ValleCastro uncertain as to the identity of the current creditor and uncertain as to whom was the party that she could task so as to affirmatively settle the matter with. This ambiguity impeded the Consumer's ability to resolve this matter for risking tendering payment to a party not due any payment.  Two purported creditors were represented [?], leaving the consumer uncertain if BMPC's collection actions alleged a debt with two creditors. Which alleged creditor was requesting payment?   The exact purpose of providing an *unambiguous* initial disclosure is to affirmatively address this issue. BMPC declined to do so.

   **b. Claim 2.** -  **Failure to Obtain Verification From the Current Creditor.** BMPC's <u>July 15th 2014</u> communication, *regardless of content*, violates the FDCPA by abandoning communications [in 2011] wherein verification was never confirmed so as to allow the Consumer to confirmation in writing the identity of the creditor and what *they* are claiming ValleCastro owes *them*.   The exact purpose of requesting verification/validation through the Consumer's *private* right under the FDCPA is to affirmatively address this issue. BMPC declined to do so directly impeding ValleCastro's ability to resolve the matter at issue.

   **c. Claim 3.** -  **Unfair or Deceptive Means of Collecting a Debt/Imminence of Suit.** BMPC's <u>July 15th 2014</u> communication**,**  *regardless of content*, violates the FDCPA.  BMPC abandoned communications in 2011 to then continue them in 2014 unfairly creating a situation where responsive documents—would be either lost, destroyed or accidentally discarded.  BMPC left matters unsettled in 2011 only to deploy a "gotcha" lawsuit three years later by circumventing the Consumer's ***indisputable private right*** to challenge a debt collector **under the FDCPA** and avoid unnecessary resources in identifying the current creditor, the debt allegedly owed to them. BMPC collection tactics knowingly short circuits this federally protected private right.

## VI. <u>COUNT UNDER THE CUTPA</u>

**6.1**     Plaintiff incorporates preceding paragraphs.

   **a. Claim 4.** -  BMPC's <u>July 15th 2014</u> communication's violates CUTPA by way of the FDCPA.

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**6.2      Ascertainable Loss.** As a direct and proximate result of the defendants collection actions, ValleCastro's mental tranquility has been disturbed. ValleCastro has sustained loss which include but not limited to costs incurred in responding to the debt collectors unlawful collection actions, missed employment days, etc.

## VII. CLAIM UNDER THE TCPA

**7.1**      Plaintiff incorporates preceding paragraphs.

      **a. Claim 5. -** In their communication efforts, GT appears to violate the TCPA by placing non emergency mobile calls outside the scope of the consumer's consent with ATDS capable announcing devices.

## VIII. CLOSING - RELIEF REQUESTED

      **a. A Judgment** - entered against **Bendett & Mchugh, P.C.** and **Green Tree** for violations of the statutes invoked herein.

      **b. Statutory damages -** most allowable under the FDCPA to be determine by the Court.

      **c. Statutory damages** – most allowable under CUTPA to be determine by the Court.

      **d. Statutory damages** – damages under TCPA *before* trebling; trebling sought *after* first call.

      **e. Actual damages** – under the FDCPA for emotional distress to be determine by a jury of ValleCastro's peers.

      **f. Punitive damages** – under CUTPA to be determined by the Court.

      **g. Injunctive relief** – enjoining **Bendett & McHugh, P.C** from the practice of furnishing deceptive forms—particularly, their *initial* communications under the FDCPA.

      **h.** Filing fees, costs and attorney fees, as they may bare, under the FDCPA.

      **i.** Any further relief that is proper and just under the circumstances.

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

BMPC's Initial Communication – November 14th 2011

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

# BENDETT & McHUGH
# ATTORNEYS AT LAW

November 14, 2011

<u>Via Certified Mail, Postage Prepaid</u>

Brunilda Valle Castro
66 Montowese Street,
Hartford, CT 06114

Re: 66 Montowese Street,, Hartford, CT 06114

Dear Mortgagor(s):

Our office represents Bank of America, N.A. fka BAC Home Loans Servicing, L.P. as mortgage servicer, in connection with the above-referenced matter. This matter has been referred to our office to commence a foreclosure proceeding regarding the mortgage securing the above referenced mortgage loan, due to a payment default under that mortgage. The total amount due under the mortgage as of today's date is $155,944.00. Please contact our office if you wish updated figures to either reinstate or payoff your mortgage.

The purpose of this letter is to provide you with notice under Section 8-265ee of the Connecticut General Statutes, as amended, that you have 60 days from the date of this letter to: (1) have a face-to-face meeting or telephone conference with Bank of America, N.A. fka BAC Home Loans Servicing, L.P. or a face-to-face meeting with a consumer counseling agency to attempt to resolve the delinquency or default of the above referenced mortgage loan by restructuring the loan payment schedule or otherwise ( a list of CHFA – approved consumer counseling agencies is attached); and (2) contact the Connecticut Housing Finance Authority at the address and phone number contained in this notice, to obtain for and apply for emergency mortgage assistance payments if you are not able to resolve the mortgage delinquency or default with Bank of America, N.A. fka BAC Home Loans Servicing, L.P.  The address and telephone number for the Connecticut Housing Finance Authority is as follows: Connecticut Housing Finance Authority, 999 West Street, Rocky Hill, Connecticut 06067, Tel. (860) 571-3500, or toll free at 877-571-CHFA (2432).

**NOTICE:** UNLESS YOU, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY US.  IF YOU NOTIFY US IN WRITING WITHIN THE THIRTY DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU (IF APPLICABLE) AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY US.  ALSO, UPON YOUR WRITTEN REQUEST WITHIN THE THIRTY DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR. THE FACT THAT YOU HAVE THIRTY (30) DAYS TO INDICATE A DISPUTE WILL NOT PREVENT US FROM FILING SUIT WITHIN THAT TIME.

**NOTICE:**  THE LAW FIRM OF BENDETT & McHUGH, P.C. IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY WHICH DISCHARGED THIS DEBT, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.

Sincerely,


Bendett & McHugh, P.C.

160 Farmington Avenue, Farmington, CT 06032   Telephone: 860-677-2868   Facsimile: 860-773-6328

BENDE₁ ⅋ McHUGH
ATTORNEYS AT LAW

160 FARMINGTON AVENUE
FARMINGTON, CONNECTICUT 06032



CERTIFIED MAIL™

7010 1870 0003 5371 5417

Brunilda Valle Castro
66 Montowese Street,
Hartford, CT 06114

0611480041  CO18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

Consumer's Verification Request – November 23rd 2011

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

Brunilda ValleCastro
66 Montowese St.
Htfd.,CT 06114

11/23/11

Bendett & Mchugh, P.C.
160 Farmington Avenue
Farmington, CT 06032

***NOTICE TO AGENT IS NOTICE TO PRINCIPLE NOTICE TO PRINCIPLE IS NOTICE TO AGENT***

To whom it may concern,

I am in receipt of your correspondence attempting to collect a debt of $155,944.00. <u>I have already disputed the alleged debt in its entirety.</u> I have made this request more than one month ago (October 17th) in compliance with state and federal laws. I have yet to have my request honored. I will request again to validate this debt! I have further requested information regarding my note holder and relevant documents that I feel that I am lawfully entitled to. Are my rights going to be further violated? This alleged debt and the party to whom this alleged debt is owed continues to be disputed and a complete validation (not verification) is again requested! Govern yourselves accordingly.

Sincerely,


Brunilda ValleCastro

**SENDER: COMPLETE THIS SECTION**

- ▪ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ▪ Print your name and address on the reverse so that we can return the card to you.
- ▪ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  M. Spann
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Spann    11/25

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

BENDETT + MC HUGH PC
160 FARMINGTON AV
FARMINGTON CT 06032

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7010 0290 0002 9123 8639

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- ▪ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ▪ Print your name and address on the reverse so that we can return the card to you.
- ▪ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  M. Spann
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Spann    12/14

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No
12/14

1. Article Addressed to:

BENDETT + McHUGH PC
160 Farmington Av
Farmington CT 06032

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 2810 0002 3672 0332

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7010 0290 0002 9123 8639

FARMINGTON CT 06032

Postage   $   $4.95   0014

Certified Fee   $2.85

Return Receipt Fee
(Endorsement Required)   $2.30   Postmark Here
12

Restricted Delivery Fee
(Endorsement Required)   $0.00   11/23/2011

Total Postage & Fees   $   $10.10

Sent To   BENDETT McHUGH PC

Street, Apt. No.;
or PO Box No.   160 FARMINGTON (2)

City, State, ZIP+4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

BMPC's December 8th 2011 Response to FDCPA Verification/Validation Request
(The First Two Pages)

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

# BENDETT & McHUGH
## ATTORNEYS AT LAW

December 8, 2011

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**
**AND FIRST CLASS MAIL**

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114

> Re:   **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS**
> **TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-**
> **BACKED CERTIFICATES, SERIES 2005-4 v. Valle Castro**
> **Property Address: 66 Montowese Street, Hartford, CT 06114**

Dear Ms. ValleCastro:

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO**
**COLLECT A DEBT AND ANY INFORMATION OBTAINED SHALL BE USED FOR THAT**
**PURPOSE**

Please note that our office is in receipt of your letter dated November 23, 2011 in which you requested a Validation of the Debt pursuant to the Fair Debt Collection Practices Act, Section 809, 15 USC 1692g.

This letter will serve as our client's response to said request. Please note that Countrywide Home Loans, Inc. was the original creditor with an address of 4500 Park Granada, Calabasas, CA 91302-1613. The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-4 is currently the party entitled to collect the debt under the Note and enforce the Mortgage and is in possession of the original loan documents, which they have forwarded to our office for collection.

Enclosed please find a payoff statement which includes a breakdown of the charges owed on the account. Also enclosed is a copy of the original note with all endorsements.

Please consider this letter our client's full and complete response to your request for verification of the alleged debt pursuant to the Fair Debt Collection Practices Act.

**NOTICE: THE LAW FIRM OF BENDETT & MCHUGH, PC IS A DEBT COLLECTOR AND**
**IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE**
**USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN**

**BANKRUPTCY WHICH DISCHARGED THIS DEBT, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.**

Sincerely,

Dyan Kozaczka
Bendett & McHugh, P.C.

Enclosures

1
2
3
4
5
6
7
8
9
10

# EXHIBIT D

Consumer's December 13th **2011** Request For Clarification of BMPC's Client

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIRD AMENDED COMPLAINT**
- 13

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

Brunilda ValleCastro
66 Montowese St.
Htfd.,CT 06114

12/13/11

Bendett & Mchugh, P.C.
160 Farmington Avenue
Farmington, CT 06032

*__NOTICE TO AGENT IS NOTICE TO PRINCIPLE NOTICE TO PRINCIPLE IS NOTICE TO AGENT__*

Dear Ms. Dyan Kozaczka,

I am in receipt of your correspondence (December 8th 2011) received via certified mail on December 12th 2011 attempting to collect a debt of $157,145.90. This alleged debt is disputed in its entirety. In my previous letter I asked for validation not verification. This "pay off statement" is legally insufficient to establish a valid debt. Also, there is no verified claim made here with a signature signed under the penalty of perjury so as to establish this "accounting" WITH FIRST HAND KNOWLEDGE.

For the record, who is your client? Is it Bank of America or The Bank of New York Mellon fka The Bank of New York as Trustee for certificateholders of the CWABS, Inc., asset backed certificates series 2005-4? Am I to assume that you represent both?

The copy of the "original note" doesn't show an endorsement. It is blank? Where specifically am I to assume that your client, who ever that is, is entitled to this alleged debt? Has this "loan"/"note" been securitized? Prior to determining my next course of action, please clarify your position and for the third time I request you to validate this alleged debt. Govern yourself accordingly.


Respectfully,
Brunilda ValleCastro

7010 0290 0002 9123 8639

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BENDETT + MC·HUGH· PC
160 FARMINGTON AV
FARMINGTON· CT 06032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Spann
☐ Agent
☐ Addressee

B. Received by (Printed Name)
M. Spann
C. Date of Delivery
11/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7010 0290 0002 9123 8639

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BENDETT + McHugh PC
160 Farmington· Av·
Farmington· CT 06032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Spann
☐ Agent
☐ Addressee

B. Received by (Printed Name)
M. Spann
C. Date of Delivery
12/14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
12/14

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7008 2810 0002 3672 0332

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

7010 0290 0002 9123 8639

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage  $ $0.95
Certified Fee  $2.85
Return Receipt Fee
(Endorsement Required)  $2.30
Restricted Delivery Fee
(Endorsement Required)  $0.00
Total Postage & Fees  $ $10.10

Sent To BENDETT McHUGH PC
Street, Apt. No.; or PO Box No. 160 FARMINGTON
City, State, ZIP+4 FARMINGTON CT 06032

Postmark Here
11/23/2011

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E
# (GOTCHA!!!)

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

JD-CV-103 Rev. 7-09



## YOU ARE BEING SUED

## AND YOU ARE IN DANGER OF LOSING YOUR PROPERTY

The Connecticut Superior Court requires that this notice be sent to you about the residential foreclosure process. This is not legal advice. Please read it carefully.

It is important that you learn about your options in foreclosure. There are government agencies, legal aid programs and other non-profit organizations that you may call for information about foreclosure.

To protect your rights, you should speak to an attorney or go to the foreclosure clerk, foreclosure caseflow coordinator or Court Service Center in the Court where your case was filed for information on what to do next. **If you do not take action, you could lose your property.**

**If you do not file an Appearance form with the Court, you will not get important notices about your case AND the Court may make a decision (enter a default judgment) against you.** File the Appearance form at the Court where your case is pending.

You should also work with your lender or other person bringing this lawsuit or, if this foreclosure involves your home, to contact a HUD-certified housing counselor during this process.

> If this foreclosure involves your home, you may be eligible for the Foreclosure Mediation program. Information about the program is attached to these papers and is also available at any Superior Court Judicial District courthouse or on the court's website at *www.jud.ct.gov*. To locate assistance near you, you may call the Connecticut Housing Finance Authority's call center toll free at 1-877-571-2432. Customer Service Representatives are available Monday through Friday from 8:30 a.m. to 5:00 p.m. You may also call 2-1-1 for other help.

### PROCEED WITH CAUTION

You may be contacted by people offering to help you avoid foreclosure. Please follow these precautions:

1. Get legal advice before entering into any deal involving your house.
2. Get legal advice before paying any money to anyone offering to help you avoid foreclosure.
3. Do not sign any papers you do not understand.

## READ THE PAPERS UNDER THIS NOTICE

1

2

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was provided electronically via email to Jeffrey Knickerbocker and Shawn Smith on this 1ˢᵗ day of December 2015 at there email of record.

3

4

Brunilda ValleCastro

5

**STATE OF CONNECTICUT**

6

**COUNTY OF HARTFORD**

7

BEFORE ME personally appeared Brunilda ValleCastro who, being fully sworn and identified in accordance with Connecticut Law, did execute the forgoing in my presence this 30ᵗʰ day of November

8

2015.

9

Name of Notary: _____        **NOTARY PUBLIC**

10

Signature of Notary: _____

11

My Commission Expires: 4/30/2020

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nelson & Bruniklda Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com