Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill

DEPUTY CLERK Rody Jaiman / A. Buttrick    RPTR/ECRO/TAPE Sharon Masse

TOTAL TIME: 1 hours 6 minutes

DATE: 2/26/2016    START TIME: 3:14 PM    END TIME: 4:20 PM

LUNCH RECESS    FROM:    TO:

RECESS (if more than ½ hr)    FROM:    TO:

CIVIL NO. 3:14-cv-1796 (SRU)

Nelson Valle, Brunilda ValleCastro                    pro se, failed to appear
                                                      Plaintiff's Counsel
                vs
Bendett & McHugh et al.                               Shawn Smith; Robert Wichowski
                                                      Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#83___ Motion to dismiss the complaint    ☑ granted ☐ denied ☐ advisement
☐ .....#___ Motion                                ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion                                ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion                                ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion                                ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion                                ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion                                ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion                               ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion                               ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion                               ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion                               ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ............ For the reasons stated more fully on the record, Bendett & McHugh's motion   ☐ filed ☐ docketed
☐ ............ to dismiss [83] is granted with prejudice. The remaining TCPA claim against  ☐ filed ☐ docketed
☐ ............ Green Tree shall be consolidated with the same claim in 3:13-cv-1441 (SRU).  ☐ filed ☐ docketed
☐ ............ The Clerk shall close this case.                                             ☐ filed ☐ docketed
☐ ............                                                                              ☐ filed ☐ docketed
☐ ............                                                                              ☐ filed ☐ docketed
☐ ............ Hearing continued until ____ at ____