UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**NELSON VALLE,**
**BRUNILDA VALLECASTRO**

          Plaintiffs,          Case No. 3:14-cv-01796-SRU

**BENDETT & MCHUGH, P.C.,**
**GREEN TREE SERVICING, LLC.**

          Defendants.

## JUDGMENT

    This matter came on for consideration on the Defendant Bendett and McHugh's motion to dismiss the third amended complaint doc. # 83 before the Honorable Stefan R. Underhill, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motion and on February 26, 2016 a hearing was held granting the relief requested in the motion with prejudice and consolidating the remaining claim against Green Tree Servicing, LLC with the same claim in case #3:13cv1441(SRU).

    It is therefore ORDERED, ADJUDGED and DECREED that on the Plaintiffs' claim against Bendett and McHugh P.C. judgment enters in favor of the Defendant, the Plaintiffs' claim against Green Tree Servicing LLC is consolidated with the claim in case #3:13cv1441(SRU) and the case is closed.

    Dated at Bridgeport, Connecticut, this 1st day of March 2016.

                                              ROBIN D. TABORA, Clerk

                                              By   /s/ Kristen Gould
                                                   Kristen Gould
                                                   Deputy Clerk

EOD: 03/01/16